UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHARMITA MENDOZA JIMENEA, | Case No.: 26-cv-1916-AJB-MSB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SPRING OAKS CAPITAL, LLC, | **(Doc. No. 3)** |
| Defendant. | |

On April 23, 2026, the parties filed a joint motion to extend Defendant Spring Oaks Capital, LLC's deadline to respond to the Complaint. (Doc. No. 3.) For good cause shown, the Court **GRANTS** the joint motion.[1] Defendant must file a responsive pleading by no later than **May 28, 2026**.

   **IT IS SO ORDERED.**

Dated: April 24, 2026

_____
Hon. Anthony J. Battaglia
United States District Judge

---

[1] Future failure to comply with the undersigned's Civil Case Procedures will result in the Court denying the requested relief. *See, e.g.*, J. Battaglia Civ. Case Proc. § IV.C (Joint motions for continuances "must be made by a motion filed no less than 7 days prior to the date the parties seek to change" and "must be supported by a detailed declaration, explaining the specific reasons and averring that the meet and confer requirement was met.").

1